```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 30248
   JOSEPH MAC BURNETT SMITH III
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-1889

------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 08/02/2005 and was confirmed 10/12/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 07/14/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  PRIORITY          5537.11        744.30        5537.11
INTERNAL REVENUE SERVICE  PRIORITY         NOT FILED          .00            .00
AMERICASH LOANS LLC       UNSECURED         1338.43           .00        1338.43
CORPORATE AMERICA CREDIT  UNSECURED        NOT FILED          .00            .00
FIRST NATIONAL BANK       UNSECURED        NOT FILED          .00            .00
FIRST PREMIER BANK        UNSECURED        NOT FILED          .00            .00
FIRST PREMIER BANK        UNSECURED        NOT FILED          .00            .00
HOUSEHOLD BANK            UNSECURED        NOT FILED          .00            .00
INSTANT CASH ADVANCE      UNSECURED        NOT FILED          .00            .00
INTERNAL REVENUE SERVICE  UNSECURED          965.60           .00         965.60
PAYDAY LOAN .             UNSECURED        NOT FILED          .00            .00
PAYDAY LOAN CORP OF ILLI  UNSECURED        NOT FILED          .00            .00
PAY DAY LOAN STORE        UNSECURED        NOT FILED          .00            .00
PAY DAY LOAN STORE        UNSECURED        NOT FILED          .00            .00
QUICK CASH                UNSECURED        NOT FILED          .00            .00
SOUTH LOOP FINANCIAL SER  UNSECURED        NOT FILED          .00            .00
SOVEREIGN BANK            CURRENT MORTG    20780.20           .00       20780.20
SOVEREIGN BANK            MORTGAGE ARRE     8570.45           .00        8570.45
CAPITAL ONE AUTO FINANCE  SECURED          12800.00        897.59       12800.00
CAPITAL ONE AUTO FINANCE  UNSECURED         9823.57           .00        9823.57
ILLINOIS DEPT OF REVENUE  UNSECURED          182.02           .00         182.02
ILLINOIS DEPT OF REVENUE  PRIORITY          1085.20        168.22        1085.20
PETER FRANCIS GERACI      DEBTOR ATTY        700.00                       700.00
TOM VAUGHN                TRUSTEE                                       4,074.33
DEBTOR REFUND             REFUND                                        1,332.98

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                69,000.00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 30248 JOSEPH MAC BURNETT SMITH III

```
PRIORITY                                                        6,622.31
     INTEREST                                                     912.52
SECURED                                                        42,150.65
     INTEREST                                                     897.59
UNSECURED                                                      12,309.62
ADMINISTRATIVE                                                    700.00
TRUSTEE COMPENSATION                                            4,074.33
DEBTOR REFUND                                                   1,332.98
                                        ----------------  ----------------
TOTALS                                         69,000.00         69,000.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 10/29/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE